IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC. and ARVINMERITOR, INC.<br><br>        Defendants. | Case No. 08-353-JPG |

## CORPORATE DISCLOSURE STATEMENT

The nongovernmental corporate party, WWD Parts, Inc. d/b/a Parts for Imports, in the above captioned civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

DATED: May 15, 2008.

              Respectfully submitted,

              _____
              James J. Rosemergy
              Michael J. Flannery
              CAREY & DANIS, LLC
              8235 Forsyth, Suite 1100
              St. Louis, MO 63105
              (314) 725-7700

57530.1

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
(215) 230-8043

Ruthanne Gordon
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Marc Weinberg
SAFFREN & WEINBERG, LLP
815 Greenwood Avenue
Jenkintown, PA 19046
(215) 576-0100