## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC. d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION CORP., LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>ROBERT BOSCH LLC;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>           Defendants. | Case No.  08-cv-00353-JPG-DGW<br><br>Honorable J. Phil Gilbert |

## NOTICE OF APPEARANCE

        The law firm of Latham & Watkins LLP hereby enters its appearance in this case for defendant Champion Laboratories, Inc.

Dated: June 12, 2008

Respectfully submitted,

By:   /s/ B. John Casey
       B. John Casey (Bar No. 6273464)
       LATHAM & WATKINS LLP
       233 South Wacker Drive
       Sears Tower, Suite 5800
       Chicago, Illinois 60606
       Telephone: (312) 876-7700
       Facsimile (312) 993-9767
       Email: john.casey@lw.com

Of Counsel:
Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: margaret.zwisler@lw.com

Attorneys for Defendant
Champion Laboratories, Inc.

CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on June 12, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, Pennsylvania 18901

Ruthanne Gordon
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Marc Weinberg
SAFFREN & WEINBERG, LLP
815 Greenwood Avenue
Jenkintown, Pennsylvania 19046

/s/ B. John Casey
B. John Casey