# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC. d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION CORP., LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>ROBERT BOSCH LLC;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>Defendants. | Case No. 08-cv-00353-JPG-DGW<br><br>Honorable J. Phil Gilbert |

## CHAMPION LABORATORIES, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Champion Laboratories, Inc., by and through its undersigned counsel, states that United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock. UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Component's stock. UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock. Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock. No publicly held corporation owns 10% or more of Champion Laboratories, Inc.'s stock.

Dated: June 12, 2008				Respectfully submitted,

						By:	/s/ B. John Casey
							B. John Casey (Bar No. 6273464)
							LATHAM & WATKINS LLP
							233 South Wacker Drive
							Sears Tower, Suite 5800
							Chicago, Illinois 60606
							Telephone: (312) 876-7700
							Facsimile (312) 993-9767
							Email: john.casey@lw.com

Of Counsel:					Attorneys for Defendant
Margaret M. Zwisler				Champion Laboratories, Inc.
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Washington, DC 20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201
Email: margaret.zwisler@lw.com

CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on June 12, 2008, I electronically filed the foregoing Champion Laboratories, Inc.'s Rule 7.1 Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

> James J. Rosemergy
> Michael J. Flannery
> CAREY & DANIS, LLC
> 8235 Forsyth, Suite 1100
> St. Louis, Missouri 63105
>
> Marc H. Edelson
> EDELSON & ASSOCIATES, LLC
> 45 West Court Street
> Doylestown, Pennsylvania 18901
>
> Ruthanne Gordon
> David A. Langer
> BERGER & MONTAGUE, P.C.
> 1622 Locust Street
> Philadelphia, Pennsylvania 19103
>
> Marc Weinberg
> SAFFREN & WEINBERG, LLP
> 815 Greenwood Avenue
> Jenkintown, Pennsylvania 19046

    /s/ B. John Casey
    B. John Casey