## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC. d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC., <br><br> Defendants. | Case No. 08-cv-00353-JPG-DGW <br><br> Honorable J. Phil Gilbert |

## AGREED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO THE COMPLAINT

Defendant Champion Laboratories, Inc. ("Champion") hereby moves the Court, with the agreement of Plaintiff WWD Parts, Inc. d/b/a/ Parts for Imports ("Plaintiff"), pursuant to the Federal Rules of Civil Procedure, for an order enlarging the time for Champion to respond to the complaint in this action for thirty (30) days. This motion is not intended to waive any defenses that Champion may have, including, but not limited to, the defenses of insufficiency of the service of process, improper venue, and lack of personal jurisdiction. The grounds for this motion are as follows:

1.  On May 15, 2008, Plaintiff filed the complaint in this action, which alleges violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. Plaintiff styled the complaint as a putative class action.

2. As of the date of this motion, plaintiffs have filed at least thirty-six similar complaints in federal district courts throughout the United States. All of these complaints also allege federal and/or state antitrust claims against Champion and are styled as putative class actions.

3. Currently four separate motions are pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to transfer and consolidate all existing and subsequently filed antitrust actions related to the claims alleged in the complaint for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407.

4. In light of the multiple complaints on file, the pending motions before the JPML, and the complex nature of Plaintiff's allegations, Champion hereby moves, with the Plaintiff's consent, to extend the time for Champion to answer or otherwise respond to the complaint in this matter for 30 days, without prejudice to Champion's right to seek additional time to answer or otherwise respond to the complaint for good cause shown.

5. Counsel for Champion conferred with counsel for Plaintiff prior to filing this motion and was advised that Plaintiff consents to the relief requested.

6. Champion has not previously requested an extension of time to answer or otherwise respond to the complaint.

**WHEREFORE DEFENDANT CHAMPION PRAYS:**

1. That this Honorable Court enter the attached order granting an extension of time until July 18, 2008 to respond to Plaintiff's complaint; and
2. That this Honorable Court grant any other relief it deems just.

Dated: June 12, 2008                                    Respectfully submitted,

                                                By:    /s/ B. John Casey

                                                       B. John Casey (Bar No. 6273464)
                                                       LATHAM & WATKINS LLP
                                                       233 South Wacker Drive
                                                       Sears Tower, Suite 5800
                                                       Chicago, Illinois 60606
                                                       Telephone: (312) 876-7700
                                                       Facsimile (312) 993-9767
                                                       Email: john.casey@lw.com

Of Counsel:

                                                       Margaret M. Zwisler
                                                       LATHAM & WATKINS LLP
                                                       555 Eleventh Street, NW
                                                       Washington, DC 20004-1304
                                                       Telephone:  (202) 637-2200
                                                       Facsimile:  (202) 637-2201
                                                       Email: margaret.zwisler@lw.com

                                                       Attorneys for Defendant
                                                       Champion Laboratories, Inc.

3

CERTIFICATE OF SERVICE

       I, B. John Casey, hereby certify that on June 12, 2008, I electronically filed the foregoing Agreed Motion For Extension Of Time To Respond To The Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, Pennsylvania 18901

Ruthanne Gordon
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Marc Weinberg
SAFFREN & WEINBERG, LLP
815 Greenwood Avenue
Jenkintown, Pennsylvania 19046

                                            /s/ B. John Casey
                                            B. John Casey