IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.  08-353-JPG |
| CHAMPION LABORATORIES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Robert H. Shultz, Jr. of the law firm HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance on behalf of defendant, DONALDSON COMPANY, INC. in this matter.

Dated: June 13, 2008         By:  /s/ Robert H. Shultz, Jr.
                              HEYL, ROYSTER, VOELKER & ALLEN
                              Robert H. Shultz, Jr. - #03122739
                              105 West Vandalia Street, Suite 100
                              Edwardsville, Illinois 62025
                              Telephone: (618) 656-4646

## PROOF OF SERVICE

The undersigned certifies that on **June 13, 2008**, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**James J. Rosemergy** - jrosemergy@careydanis.com
**B. John Casey** - john.casey@lw.com

    /s/ Robert H. Shultz, Jr.
    HEYL, ROYSTER, VOELKER & ALLEN