IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>CHAMPION LABORATORIES, INC., et al.,  )<br><br>Defendants.  ) | No. 08-353-JPG |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendant, DONALDSON COMPANY, INC., by Robert H. Shultz, Jr. of the firm of HEYL, ROYSTER, VOELKER & ALLEN, and moves for an enlargement of time in which to answer or otherwise respond to plaintiff's Complaint and in support thereof states:

1. This defendant was served May 28, 2008. The undersigned counsel has only recently been retained to represent the defendant in this matter.

2. A thirty (30) day extension of time will work no hardship upon any party, but will enable the undersigned to confer with the client in order to prepare an appropriate responsive pleading.

3. Counsel for the plaintiff has been contacted regarding this Defendant's request for additional time to file a responsive pleading up to the time stated herein and consents to said extension of time.

WHEREFORE, the Defendant, DONALDSON COMPANY, INC., prays it be granted an enlargement of time up to and including July 17, 2008, in which to answer or otherwise respond to plaintiff's Complaint.

Dated: June 13, 2008        By:  /s/ Robert H. Shultz, Jr.
                                 HEYL, ROYSTER, VOELKER & ALLEN
                                 Robert H. Shultz, Jr. - #03122739
                                 105 West Vandalia Street, Suite 100
                                 Edwardsville, Illinois 62025
                                 Telephone: (618) 656-4646

## PROOF OF SERVICE

The undersigned certifies that on **June 13, 2008**, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**James J. Rosemergy** - jrosemergy@careydanis.com
**B. John Casey** - john.casey@lw.com

 /s/ Robert H. Shultz, Jr.
HEYL, ROYSTER, VOELKER & ALLEN