IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC., et al.,<br><br>    Defendants. | No.  08-353-JPG |

**CORPORATE DISCLOSURE STATEMENT**

  Defendant, DONALDSON COMPANY, INC., hereby discloses, pursuant to Federal Rule of Civil Procedure 7.1, that it has no parent company and that no publicly held corporation owns 10% or more of Donaldson Company, Inc.'s stock.

Dated: June 13, 2008    By:  /s/ Robert H. Shultz, Jr.
                HEYL, ROYSTER, VOELKER & ALLEN
                Robert H. Shultz, Jr. - #03122739
                105 West Vandalia Street, Suite 100
                Edwardsville, Illinois 62025
                Telephone: (618) 656-4646

## PROOF OF SERVICE

The undersigned certifies that on **June 13, 2008**, a copy of the foregoing was electronically filed with the Clerk of the Court for the Southern District of Illinois using the CM/ECF system, which will send notification of such filing to the following:

**James J. Rosemergy** - jrosemergy@careydanis.com
**B. John Casey** - john.casey@lw.com

        /s/ Robert H. Shultz, Jr.
        HEYL, ROYSTER, VOELKER & ALLEN