## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-353-JPG-DGW |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION Corp., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY;  BALDWIN FILTERS INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | Judge Gilbert

Magistrate Wilkerson |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

To the clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**MANN + HUMMEL U.S.A., INC.**


Dated: June 20, 2008                    By:     /s/ Kristin L. Lingren

                                                        ARDC No. 6237562
                                                        MANDELL MENKES LLC
                                                        333 W. Wacker Drive, Suite 300
                                                        Chicago, Illinois 60606
                                                        Phone:  (312) 251-1000
                                                        Fax:     (312) 251-1010
                                                        klingren@mandellmenkes.com

*Of Counsel:*

Alan Kanzer
Alston & Bird LLP
90 Park Ave.
New York, New York  10016
Tel: (212) 210-9480

**CERTIFICATE OF SERVICE**

       This is to certify that I have served a true and correct copy of the foregoing *Entry of Appearance* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri  63105-3786<br>Attorney for Plaintiff<br>Via ECF | B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois  60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF |

Robert H. Shultz, Jr.
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
Attorney for Defendant The Donaldson Company
Via ECF

as set forth above this 20th day of June, 2008.

                                                         /s/ Kristin L. Lingren