## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-353-JPG-DGW |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION Corp., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY;  BALDWIN FILTERS INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) | Judge Gilbert<br><br>Magistrate Wilkerson |
| Defendants. | ) | |

**DEFENDANT MANN + HUMMEL U.S.A., INC.'S**
**STATEMENT UNDER FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Mann + Hummel U.S.A., Inc. hereby states that it is a wholly owned subsidiary of Mann + Hummel, Inc., a Delaware Corporation, and is an indirect subsidiary of Mann + Hummel GmbH, a closely held German Corporation.  No publicly held corporation owns a 10 percent or greater interest in Mann + Hummel U.S.A., Inc.

Dated:  June 20, 2008                               Respectfully Submitted,

                                                    MANN + HUMMEL U.S.A., INC.


                                                    By:    /s/ Kristin L. Lingren

Kristin L. Lingren (No. 6237562)        Alan Kanzer
Mandell Menkes LLC                      Alston & Bird LLP
333 West Wacker Drive, Suite 300        90 Park Ave.
Chicago, Illinois 60606                 New York, New York  10016
(312) 251-1000                          (212) 210-9480

**CERTIFICATE OF SERVICE**

This is to certify that I have served a true and correct copy of the foregoing *Defendant Mann + Hummel U.S.A., Inc.'s Statement Under Fed. R. Civ. P. 7.1* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri  63105-3786<br>Attorney for Plaintiff<br>Via ECF | B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois  60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF |

Robert H. Shultz, Jr.
Heyl, Royster et al. - Edwardsville
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
Attorney for Defendant The Donaldson Company
Via ECF

as set forth above this 20th day of June, 2008.

      /s/ Kristin L. Lingren