◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Illinois_____

WWD Parts, Inc., d/b/a Parts for Imports, on behalf of itself and all others similarly situated,
V.

Champion Laboratories, Inc.; Purolator Filters N.A., LLC; Honeywell International, Inc.; Wix Filtration Corp., LLC; Cummins Filtration, Inc.; The Donaldson Company; Baldwin Filters, Inc.; Robert Bosch LLC; Mann + Hummell U.S.A., Inc. and ArvinMeritor, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:08-00353-JPG-DGW

TO: (Name and address of Defendant)

WIX FILTRATION PRODUCTS
Wix Filtration Corp., LLC
1101 Technology Drive
Ann Arbor, MI 48108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 725-7700

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI                                   5/16/08
CLERK                                                 DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE June 9th, 2008    10:30 a.m. |
| NAME OF SERVER *(PRINT)* Harold G Palmer | TITLE NC Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1 Wix Way Gastonia, NC  28054

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Susan Jackson HR Dept. Agent

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 9th, 2008     *[signature: Harold H Palmer]*
             Date                Signature of Server

                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.