AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____ District of _____ Illinois _____

WWD Parts, Inc., d/b/a Parts for Imports, on
behalf of itself and all others similarly situated,
V.

Champion Laboratories, Inc.; Purolator Filters
N.A., LLC; Honeywell International, Inc.; Wix
Filtration Corp., LLC; Cummins Filtration, Inc.;
The Donaldson Company; Baldwin Filters, Inc.;
Robert Bosch LLC; Mann + Hummell U.S.A.,
Inc. and ArvinMeritor, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:08-00363-JPG-DCW

TO: (Name and address of Defendant)

Mann + Hummell U.S.A., Inc.
6400 South Sprinkle Road
Portage, MI  49002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 725-7700

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NORBERT G. JAWORSKI                             5/16/08

CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-2-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Abe VanderWeele | Investigator |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Mann + Hummell
6400 S. Sprinkle, Portage, MI (Julie Mayniers) 4:20 pm

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

_____

[ ] Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-8-08
         *Date*

*Signature of Server*

1580 Barney Road
Kalamazoo, MI 49004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.