IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: June 26, 2008          CASE NAME: WWD Parts, Inc. vs. Champion Laboratories, Inc., et al.

CASE NO. : 08-353-JPG

DOCUMENT NO.: 18          DOCUMENT TITLE: Notice of Extension of Time to Answer or Otherwise Plead

One of the following errors/deficiencies has been identified in the document listed above:

☒  **Filer is requesting an extension of time to file a responsive pleading/answer in this case. Filer must file a motion for extension of time and be granted leave of court to extend the response deadline.**

## ACTION TAKEN BY CLERK'S OFFICE

☒  Doc. 18 STRICKEN.

## ACTION REQUIRED BY FILER

☒  **Filer must request leave of court for an extension of time within which to file a response by filing a motion to do so.**

                                            Norbert G. Jaworski
                                            Clerk of Court


                                            By: s/ Lisa Braun