# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of its members and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:08-cv-00353-JPG-DGW |
| Champion Laboratories, Inc., *et. al.* | ) |
| Defendants. | ) |

## CONSENT MOTION FOR EXTENSION OF
## TIME TO ANSWER OR OTHERWISE PLEAD

Defendant ArvinMeritor, Inc. respectfully advises the Court that it has requested and obtained a thirty (30) day extension of time, to and including July 28, 2008, within which to file its Answer in the above-captioned case. Counsel for Plaintiff WWD Parts, Inc., d/b/a Parts for Imports, has consented to this requested extension. Defendant has not filed any other motions for extension of time in which to file its Answer in this proceeding.

Dated: June 26, 2008

Respectfully submitted,

/s/ Russell K. Scott

Russell K. Scott
Illinois Bar No. 02533642
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: (618) 257-7308
Facsimile: (618) 257-7308
rks@greensfelder.com

Of counsel:

Peter J. Kadzik
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
kadzikp@dicksteinshapiro.com

Counsel for Defendant
ArvinMeritor, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, I caused the foregoing to be filed with the Clerk using the Electronic Court Filing system, which will send notification of such filings to the following:

- **B. John Casey**
  john.casey@lw.com,chefiling@lw.com,jennifer.giordano@lw.com
- **Kristin L. Lingren**
  klingren@mandellmenkes.com
- **James J. Rosemergy**
  jrosemergy@careydanis.com
- **Robert H. Shultz , Jr**
  rshultz@hrva.com,edwecf@hrva.com

/s/ Russell K. Scott
Russell K. Scott