### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-353-JPG-DGW |
| CHAMPION LABORATORIES, INC.; PURULATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION Corp., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS INC.; ROBERT BOSCH LLC; MANN + HUMMELL U.S.A., INC. and ARVINMERITOR, INC., | ) ) ) ) ) ) ) ) ) ) ) | Judge Gilbert  Magistrate Wilkerson |
| Defendants. | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant Mann + Hummel U.S.A., Inc. hereby respectfully requests that this Court extend the date by which it must answer or otherwise plead to July 23, 2008. In support of its motion, Mann + Hummel U.S.A., Inc. states as follows:

1. Mann + Hummel U.S.A., Inc. was served on June 2, 2008 and its responsive pleading was due on June 23, 2008.

2. On June 20, 2008, Mann + Hummel U.S.A., Inc. filed a Notice of Extension of Time to Answer or Otherwise Plead. The Notice was stricken by the Clerk's Office on June 26, 2008 with direction to file a motion requesting leave of court for an extension of time.

3. Mann + Hummel U.S.A., Inc. therefore moves this Court for a 30-day extension of time, to and including July 23, 2008, within which to file its responsive pleading in the above-styled case.

4.     Counsel for plaintiff, WWD Parts, Inc. d/b/a Parts for Imports, has consented to said extension.  Mann + Hummel U.S.A., Inc. has not filed any other motions for extension of time in which to file a responsive pleading in this proceeding.

WHEREFORE, Defendant Mann + Hummel U.S.A., Inc. respectfully requests that this Court grant an extension of time to and including July 23, 2008, in which to answer or otherwise plead in response to Plaintiff's Complaint and enter the Proposed Order submitted to chambers.

Dated: June 26, 2008                             Respectfully Submitted,

                                                 MANN + HUMMEL U.S.A., INC.


                                                 By:     /s/ Kristin L. Lingren


Kristin L. Lingren (No. 6237562)        Alan Kanzer
Mandell Menkes LLC                       Alston & Bird LLP
333 West Wacker Drive, Suite 300         90 Park Ave.
Chicago, Illinois 60606                  New York, New York  10016
(312) 251-1000                           (212) 210-9480

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the foregoing Defendant Mann + Hummel U.S.A., Inc.'s *Motion for Enlargement of Time* on:

| | |
|---|---|
| James J. Rosemergy<br>Carey & Danis LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, Missouri  63105-3786<br>Attorney for Plaintiff<br>Via ECF | B. John Casey<br>Latham & Watkins LLP<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, Illinois  60606<br>Attorney for Defendant Champion Laboratories, Inc.<br>Via ECF |
| Robert H. Shultz, Jr.<br>Heyl, Royster et al. - Edwardsville<br>103 West Vandalia Street<br>P.O. Box 467<br>Edwardsville, IL 62025<br>Attorney for Defendant The Donaldson Company<br>Via ECF | Russell K. Scott<br>Greensfelder, Hemker et al. - Swansea<br>12 Wolf Creek Drive<br>Suite 100<br>Swansea, IL 62226<br>Attorney for Defendant Arvinmeritor, Inc.<br>Via ECF |

as set forth above this 26th day of June, 2008.

                /s/ Kristin L. Lingren

#170680