IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC.; <br> PUROLATOR FILTERS N.A. L.L.C.; <br> HONEYWELL INTERNATIONAL, INC.; <br> WIX FILTRATION PRODUCTS; <br> CUMMINS FILTRATION INC.; <br> THE DONALDSON COMPANY; <br> BALDWIN FILTERS INC.; <br> ROBERT BOSCH LLC; <br> MANN + HUMMEL U.S.A., INC. and <br> ARVINMERITOR, INC., <br><br> Defendants. | Case No. 08-cv-353-JPG-DGW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Honeywell International Inc. ("Honeywell") hereby certifies that (1) Honeywell has no parent corporation and is a publicly traded corporation; (2) State Street Bank & Trust owns more than 10% of the outstanding stock of Honeywell; and (3) State Street Bank & Trust is a wholly-owned and principal subsidiary of State Street Corporation, which is a publicly traded company.

Dated: July 1, 2008

Respectfully submitted,

/s/ Patrick M. Collins
Patrick M. Collins
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603
(312) 324-8400
pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

49208-0069/LEGAL14437398.1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2008, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

      /s/ Patrick M. Collins
      Patrick M. Collins
      PERKINS COIE LLP
      131 S. Dearborn Street, Suite 1700
      Chicago, IL  60603
      (312) 324-8400
      pcollins@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*