IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC. d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION CORP., LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>ROBERT BOSCH LLC;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>          Defendants. | Case No.  08-cv-00353-JPG-DGW<br><br>Honorable J. Phil Gilbert<br>Magistrate Judge Donald G. Wilkerson |

**JOINT MOTION FOR ENTRY OF STIPULATION
AND PROPOSED CONSENT ORDER FOR EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

All parties hereby respectfully and jointly move this Court for entry of the attached Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint.  The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Honeywell International Inc., Wix Filtration Corp LLC, and Donaldson Company, Inc. (the "Defendants");

At least thirty-nine complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect

purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after an order on the MDL Motion is issued by the Panel and the Filters Cases are assigned to a transferee court; and

Plaintiff and Defendants have agreed that an orderly schedule for any response to the complaint in this action would be more efficient for the Parties and for the Court.

WHEREFORE, the parties to this action jointly move this Court to grant this Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint.

Dated: July 2, 2008

/s/ B. John Casey
B. John Casey (Bar No. 6273464)
LATHAM & WATKINS LLP
233 South Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7700
Facsimile (312) 993-9767
Email: john.casey@lw.com

*Counsel for Defendant Champion Laboratories, Inc.*

/s/ Patrick M. Collins (with consent)
Patrick M. Collins (Bar No. 6206686)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312-324-8558
Fax: 312-324-9558
Email: pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

Respectfully submitted,

/s/ James J. Rosemergy (with consent)
James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: 314-725-7700
Fax: 314-721-0905

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043

Ruthanne Gordon
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875
Fax: (215) 875-4604

Marc Weinberg
SAFFREN & WEINBERG, LLP
815 Greenwood Avenue
Jenkintown, PA 19046
Telephone: (215) 576-0100

*Counsel for Plaintiff*

3

/s/ Stephen D. Libowsky (with consent)
Stephen D. Libowsky (Bar No. 6187081)
HOWREY LLP
321 North Clark St., Suite 3400
Chicago, IL 60610
Telephone: 312-595-2252
Fax: 312-595-2250
Email: LibowskyS@howrey.com

*Counsel for Wix Filtration Corp LLC*


/s/ Robert H. Shultz, Jr. (with consent)
Robert H. Shultz, Jr. (Bar No. 03122739)
HEYL, ROYSTER, VOELKER & ALLEN
105 West Vandalia Street, Suite 100
Edwardsville, Illinois 62025
Telephone: 618-656-4646
Email: rshultz@hrva.com

*Counsel for Donaldson Company, Inc.*

/s/ Kristin L. Lingren (with consent)
Kristin L. Lingren (Bar No. 6237562)
MANDELL MENKES LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
Telephone: (312) 251-1000
Fax:  (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Russell K. Scott (with consent)
Russell K. Scott (Bar No. 02533642)
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618-257-7308
Email: rks@greensfelder.com

*Counsel for ArvinMeritor Inc.*

4

## CERTIFICATE OF SERVICE

I, B. John Casey, hereby certify that on July 2, 2008, I electronically filed the foregoing Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached motion have also been sent by Federal Express, overnight delivery to:

> Marc H. Edelson
> EDELSON & ASSOCIATES, LLC
> 45 West Court Street
> Doylestown, PA 18901
> Telephone: (215) 230-8043
>
> Ruthanne Gordon
> David A. Langer
> BERGER & MONTAGUE, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> Telephone: (215) 875
> Fax: (215) 875-4604
>
> Marc Weinberg
> SAFFREN & WEINBERG, LLP
> 815 Greenwood Avenue
> Jenkintown, PA 19046
> Telephone: (215) 576-0100

/s/ B. John Casey
B. John Casey