≈AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Illinois |
|---|---|---|

WWD Parts, Inc., d/b/a Parts for Imports, on
behalf of itself and all others similarly situated,
V.

**SUMMONS IN A CIVIL CASE**

Champion Laboratories, Inc.; Purolator Filters
N.A., LLC; Honeywell International, Inc.; Wix
Filtration Corp., LLC; Cummins Filtration, Inc.;
The Donaldson Company; Baldwin Filters, Inc.;
Robert Bosch LLC; Mann + Hummell U.S.A.,
Inc. and ArvinMeritor, Inc.

CASE NUMBER:  3:08 -00353 -JPG - DGW

TO: (Name and address of Defendant)

Purolator Filters N.A., LLC
2800 South 25th Avenue
Broadview, IL 60565

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Rosemergy
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 725-7700

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**NORBERT G. JAWORSKI**                                    5/16/08

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 6-30-08 |
| NAME OF SERVER *(PRINT)*  Alex Murray | TITLE | Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:  Put. let of Filing  2800 S. 25th Ave. Broadview IL 60155

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES  Civil Process | | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____6-30-08____            *Alex Murray*
                    Date                    Signature of Server

                                    1110 Spr St, Springfield IL 63704
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.