IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.<br><br>    Defendants. | Case No. 08-cv-00353-JPG-DGW<br><br>Honorable J. Phil Gilbert |

## ENTRY OF APPEARANCE

NOW COMES Todd Cochran of the law firm of Crowell & Moring LLP, and hereby enters his appearance on behalf of Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC.

Dated: July 18, 2008                                    Respectfully submitted,

/s/ Todd J. Cochran
Todd J. Cochran (Bar No. 6276435)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:   (202) 624-2500
Fax:   (202) 628-5116

*Attorney for Purolator Filters N.A. L.L.C.
& Robert Bosch LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 18, 2008, a true and correct copy of the foregoing "Entry of Appearance" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Todd J. Cochran
Todd J. Cochran
