**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

---

WWD PARTS, INC., d/b/a/ PARTS FOR
IMPORTS, on behalf of itself and all others
similarly situated,

        Plaintiff,

    v.

CHAMPION LABORATORIES, INC.;
PUROLATOR FILTERS N.A. L.L.C.;
HONEYWELL INTERNATIONAL, INC.;
WIX FILTRATION CORP., LLC;
CUMMINS FILTRATION, INC.; THE
DONALDSON COMPANY; BALDWIN
FILTERS, INC.; ROBERT BOSCH LLC;
MANN + HUMMEL U.S.A., INC.; and
ARVINMERITOR, INC.

        Defendants.

Case No.  08-cv-00353-JPG-DGW

Honorable J. Phil Gilbert

---

**PUROLATOR FILTERS N.A. L.L.C.'S AND**
**ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Purolator Filters

N.A. L.L.C. and Robert Bosch LLC certify the following information about their corporate

parent companies:

Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and

Mann + Hummel Inc.  Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.

Robert Bosch LLC has two "members," or parents:  Robert Bosch North America

Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

Dated:  July 18, 2008                         Respectfully submitted,


                                              /s/ Todd J. Cochran
                                              Todd J. Cochran (Bar No. 6276435)
                                              Daniel Sasse
                                              Jerome A. Murphy
                                              John L. Cuddihy
                                              CROWELL & MORING LLP
                                              1001 Pennsylvania Avenue, NW
                                              Washington, D.C. 20004
                                              Tel:     (202) 624-2500
                                              Fax:     (202) 628-5116

                                              *Attorneys for Purolator Filters N.A. L.L.C.
                                              & Robert Bosch LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2008, a true and correct copy of the foregoing "Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Corporate Disclosure Statement" was filed electronically.  Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/ Todd J. Cochran
Todd J. Cochran