# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CHAMPION LABORATORIES, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP., LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; ROBERT BOSCH LLC; MANN + HUMMEL U.S.A., INC.; and ARVINMERITOR, INC.<br><br>        Defendants. | Case No.  08-cv-00353-JPG-DGW<br><br>Honorable J. Phil Gilbert |

## PUROLATOR FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC[1] (together, "Defendants") respectfully move for an enlargement of time until and through November 12, 2008, within which to file responsive pleadings to Plaintiff's complaint. Counsel for Plaintiff has consented to this enlargement of time. In support of this consent motion, Defendants state as follows:

---

[1] Defendants submit this motion without waiver of any and all defenses available to them, including but not limited to those defenses pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.

1. On or about May 15, 2008, Plaintiff filed the complaint in this action, which alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel, and transmission filters ("Filters"), including but not limited to the Defendants. Plaintiff styled the complaint as a putative class action.

2. At least thirty-nine complaints have been filed to date in various federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters and alleging antitrust violations by manufacturers, distributors, and sellers of Filters (collectively, "the Filters Cases").

3. Four motions are pending before the Judicial Panel on Multidistrict Litigation ("the MDL Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("the MDL Motion").

4. Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after the MDL Panel issues an Order and the Filters Cases are assigned to a transferee federal district court.

5. On July 2, 2008, Plaintiff and certain other defendants in this action filed a joint motion (Docket No. 29) for entry of a stipulation that provided, among other things, for an enlargement of time to file responsive pleadings to Plaintiff's complaint. The stipulation, which the parties provided to the Court, stated in pertinent part that its provisions "are available, without further stipulation with counsel for Plaintiff, to all defendants who notify Plaintiff in writing of their intention to join this Stipulation." Defendants have so notified Plaintiff's counsel.

6. On July 15, 2008, this Court entered an Order (Docket No. 31) granting the joint motion and granting defendants an enlargement of time until and through November 12, 2008, to file responsive pleadings to Plaintiff's complaint.

7. Defendants have not filed any other motions for enlargement of time in which to file responsive pleadings in this action.

NOW, THEREFORE, Defendants respectfully move for an enlargement of time, until and through November 12, 2008, within which to file responsive pleadings to Plaintiff's complaint.

Dated:  July 18, 2008                                        Respectfully submitted,


/s/ Todd J. Cochran
Todd J. Cochran (Bar No. 6276435)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:    (202) 624-2500
Fax:   (202) 628-5116

*Attorneys for Purolator Filters N.A. L.L.C.*
*& Robert Bosch LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008, a true and correct copy of the foregoing "Purolator Filters N.A. L.L.C.'s and Robert Bosch LLC's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint" was filed electronically. Notice of this filing will be sent by electronic mail message to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Todd J. Cochran
Todd J. Cochran