IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC. d/b/a/ PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION CORP., LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>ROBERT BOSCH LLC;<br>MANN + HUMMEL U.S.A., INC.; and<br>ARVINMERITOR, INC.,<br><br>    Defendants. | Case No.  08-cv-00353-JPG-DGW<br><br>Honorable J. Phil Gilbert<br>Magistrate Judge Donald G. Wilkerson |

**PLAINTIFF'S AND DEFENDANTS' JOINT MOTION TO
POSTPONE SCHEDULING AND DISCOVERY CONFERENCE**

The parties hereby respectfully and jointly move the Court for an order postponing the August 12, 2008 scheduling and discovery conference in this matter until after the Judicial Panel on Multidistrict Litigation rules on the pending motions to transfer this case and to coordinate it with at least forty-two other similar cases.  The parties agree to the following facts in support of this motion:

Plaintiff alleges antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters ("Filters"), including but not limited to the defendants Champion Laboratories, Inc., Mann + Hummel U.S.A., Inc., ArvinMeritor, Inc., Wix Filtration Corp LLC,

Honeywell International Inc., Purolator Filters N.A. L.L.C., Robert Bosch LLC and Donaldson Company, Inc. (the "Defendants");[1]

At least forty-three complaints have been filed to date in federal district courts in seven different jurisdictions throughout the United States by plaintiffs purporting to bring class actions on behalf of direct or indirect purchasers of Filters alleging antitrust violations by manufacturers, distributors, and sellers of oil, air, fuel and transmission filters (collectively, the "Filters Cases");

Four motions are pending before the Judicial Panel on Multidistrict Litigation ("Panel") to transfer the Filters Cases for coordinated and consolidated pretrial proceedings in a single district pursuant to 28 U.S.C. § 1407 (the "MDL Motion");

The Panel will hear argument on the MDL Motion on July 31, 2008;

Plaintiff anticipates the possibility of a Consolidated Complaint in the Filters Cases after the Panel issues an order on the MDL Motion and the Filters Cases are assigned to a transferee court, and further anticipates that discovery in the transferred cases will be coordinated;

The Court has scheduled an initial pretrial scheduling and discovery conference in this matter for August 12, 2008, and has ordered the parties to submit a Joint Report and Proposed Scheduling and Discovery Order seven days prior to the conference.

In light of the large number of complaints on file, the pending MDL Motion, and the fact that the Panel will hear argument on July 31, 2008, Plaintiff and Defendants agree that waiting until after a ruling by the Panel to submit a Joint Report and Proposed Scheduling and Discovery Order and hold an initial pretrial scheduling and discovery conference would be more efficient for the Parties and for the Court.

---

[1] Plaintiff also named Cummins Filtration Inc. and Baldwin Filters, Inc. as defendants in this case; however, Plaintiff has not yet served these defendants with the Summons and Complaint.

WHEREFORE, the Plaintiff and Defendants jointly move this Court to grant this motion to postpone the August 12, 2008 scheduling and discovery conference until after the Panel rules on the pending MDL motions.

Dated: July 23, 2008                          Respectfully submitted,

| | |
|---|---|
| /s/ B. John Casey<br>B. John Casey (Bar No. 6273464)<br>LATHAM & WATKINS LLP<br>233 South Wacker Drive<br>Sears Tower, Suite 5800<br>Chicago, Illinois 60606<br>Telephone: (312) 876-7700<br>Facsimile (312) 993-9767<br>Email: john.casey@lw.com<br><br>*Counsel for Defendant Champion Laboratories, Inc.*<br><br><br>/s/ Stephen D. Libowsky (with consent)<br>Stephen D. Libowsky (Bar No. 6187081)<br>HOWREY LLP<br>321 North Clark St., Suite 3400<br>Chicago, IL 60610<br>Telephone: 312-595-2252<br>Fax: 312-595-2250<br>Email: LibowskyS@howrey.com<br><br>*Counsel for Wix Filtration Corp LLC*<br><br>/s/ Robert H. Shultz, Jr. (with consent)<br>Robert H. Shultz, Jr. (Bar No. 03122739)<br>HEYL, ROYSTER, VOELKER & ALLEN<br>105 West Vandalia Street, Suite 100<br>Edwardsville, Illinois 62025<br>Telephone: 618-656-4646<br>Email: rshultz@hrva.com<br><br>*Counsel for Donaldson Company, Inc.*<br><br>/s/ Kristin L. Lingren (with consent)<br>Kristin L. Lingren (Bar No. 6237562)<br>MANDELL MENKES LLC<br>333 West Wacker Drive, Suite 300 | /s/ James J. Rosemergy (with consent)<br>James J. Rosemergy<br>Michael J. Flannery<br>CAREY & DANIS, LLC<br>8235 Forsyth, Suite 1100<br>St. Louis, MO 63105<br>Telephone: 314-725-7700<br>Fax: 314-721-0905<br><br>Marc H. Edelson<br>EDELSON & ASSOCIATES, LLC<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: (215) 230-8043<br><br>Ruthanne Gordon<br>David A. Langer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875<br>Fax: (215) 875-4604<br><br>Marc Weinberg<br>SAFFREN & WEINBERG, LLP<br>815 Greenwood Avenue<br>Jenkintown, PA 19046<br>Telephone: (215) 576-0100<br><br>*Counsel for Plaintiff* |

Chicago, IL 60606
Telephone: (312) 251-1000
Fax: (312) 251-1010
Email: klingren@mandellmenkes.com

*Counsel for Mann + Hummel U.S.A., Inc.*

/s/ Russell K. Scott (with consent)
Russell K. Scott (Bar No. 02533642)
GREENSFELDER, HEMKER & GALE, P.C.
12 Wolf Creek Drive, Suite 100
Belleville, Illinois 62226
Telephone: 618-257-7308
Email: rks@greensfelder.com

*Counsel for ArvinMeritor Inc.*

/s/ Patrick M. Collins (with consent)
Patrick M. Collins (Bar No. 6206686)
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603
Telephone: 312-324-8558
Fax: 312-324-9558
Email: pcollins@perkinscoie.com

*Counsel for Honeywell International Inc.*

/s/ Todd J. Cochran (with consent)
Todd J. Cochran (Bar No. 6276435)
Daniel Sasse
Jerome A. Murphy
John L. Cuddihy
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 624-2500
Fax: (202) 628-5116
Email: tcochran@crowell.com
C*ounsel for Purolator Filters N.A. L.L.C.*
*and Robert Bosch LLC*

CERTIFICATE OF SERVICE

      I, B. John Casey, hereby certify that on July 23, 2008, I electronically filed the foregoing Plaintiff's and Defendants' Joint Motion to Postpone Scheduling and Discovery Conference with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the individual(s) identified on the electronic filing receipt. Copies of the attached paper have also been sent by First Class United States Mail to:

      James J. Rosemergy
      Michael J. Flannery
      CAREY & DANIS, LLC
      8235 Forsyth, Suite 1100
      St. Louis, MO 63105
      Telephone: 314-725-7700
      Fax: 314-721-0905

      Marc H. Edelson
      EDELSON & ASSOCIATES, LLC
      45 West Court Street
      Doylestown, PA 18901
      Telephone: (215) 230-8043

      Ruthanne Gordon
      David A. Langer
      BERGER & MONTAGUE, P.C.
      1622 Locust Street
      Philadelphia, PA 19103
      Telephone: (215) 875
      Fax: (215) 875-4604

      Marc Weinberg
      SAFFREN & WEINBERG, LLP
      815 Greenwood Avenue
      Jenkintown, PA 19046
      Telephone: (215) 576-0100

      /s/ B. John Casey
      B. John Casey