IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WWD PARTS, INC., d/b/a PARTS FOR IMPORTS, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION LABORATORIES, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION PRODUCTS;<br>CUMMINS FILTRATION INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS INC.;<br>ROBERT BOSCH LLC;<br>MANN + HUMMEL U.S.A., INC. and<br>ARVINMERITOR, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08-cv-353-JPG-DGW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Defendant Honeywell International Inc.

Dated:  July 24, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Todd M. Church
　　　　　　　　　　　　　　　　　　　Todd M. Church
　　　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　　　131 S. Dearborn Street, Suite 1700
　　　　　　　　　　　　　　　　　　　Chicago, IL  60603
　　　　　　　　　　　　　　　　　　　(312) 324-8400
　　　　　　　　　　　　　　　　　　　tchurch@perkinscoie.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Honeywell International Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 24, 2008, I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk using the CM/ECF system which will send notification of such filing to all Filing Users.

      /s/ Todd M. Church
      Todd M. Church
      PERKINS COIE LLP
      131 S. Dearborn Street, Suite 1700
      Chicago, IL  60603
      (312) 324-8400
      tchurch@perkinscoie.com

*Counsel for Defendant Honeywell International Inc.*

49208-0069/LEGAL14506680.1