# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:08−cv−00353−JPG−DGW

| | |
|---|---|
| WWD Parts, Inc. v. Champion Laboratories Inc et al | Date Filed: 05/15/2008 |
| Assigned to: Judge J. Phil Gilbert | Date Terminated: 08/25/2008 |
| Referred to: Magistrate Judge Donald G. Wilkerson | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti−Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**WWD Parts, Inc.**  represented by  **James J. Rosemergy**
*on behalf of itself and all other similarly*      Carey &Danis LLC
*situated*      Generally Admitted
*doing business as*      8235 Forsyth Boulevard
Parts for Imports      Suite 1100
St. Louis, MO 63105−3786
314−725−7700
Fax: 314−721−0905
Email: jrosemergy@careydanis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**Champion Laboratories Inc**  represented by  **B. John Casey**
Latham &Watkins − Chicago
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
312−876−7700
Fax: 312−993−9767
Email: john.casey@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Purolator Filters N.A. L.L.C.**  represented by  **Todd J. Cochran**
Crowell &Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20005
202−624−2916
Email: tcochran@crowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Defendant**

**Honeywell International, Inc.**  represented by  **Patrick Collins**

Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8558
Fax: 312–324–9558
Email: pcollins@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M. Church**
Perkins Coie – Chicago
131 South Dearborn Street
Suite 1700
Chicago, IL 60603–5559
312–324–8635
Fax: 312–324–9635
Email: tchurch@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wix Filtration Products**

**Defendant**

**Cummins Filtration Inc.**

**Defendant**

**The Donaldson Company**    represented by    **Robert H. Shultz, Jr.**
Heyl, Royster et al. – Edwardsville
Generally Admitted
105 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618–656–4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Baldwin Filters Inc.**

**Defendant**

**Robert Bosch LLC.**    represented by    **Todd J. Cochran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mann + Hummel U.S.A., Inc.**    represented by    **Kristin L. Lingren**
Mandell, Menkes et al.
333 West Wacker Drive

Suite 300  
Chicago, IL 60606  
312–251–1000  
Fax: 312–251–1010  
Email: klingren@mandellmenkes.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor Inc**          represented by   **Russell K. Scott**  
Greensfelder, Hemker et al. – Swansea  
Generally Admitted  
12 Wolf Creek Drive  
Suite 100  
Swansea, IL 62226  
618–257–7308  
Email: rks@greensfelder.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Laura C. Hayden**  
Greensfelder, Hemker et al. – Swansea  
12 Wolf Creek Drive  
Suite 100  
Swansea, IL 62226  
618–239–3604  
Fax: 618–257–7353  
Email: lch@greensfelder.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2008 | Ï 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 34625005915. Documents may now be electronically filed. Case number 08–353–JPG must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice of consent)(dkd ) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 2 | COMPLAINT against all defendants (Filing fee $ 350.), filed by WWD Parts, Inc.. (Attachments: # 1 Civil Cover Sheet)(Rosemergy, James) (Entered: 05/15/2008) |
| 05/15/2008 | Ï 3 | Corporate Disclosure Statement by WWD Parts, Inc.. (Rosemergy, James) (Entered: 05/15/2008) |
| 05/16/2008 | Ï 4 | Summons Issued as to Baldwin Filters Inc., Robert Bosch LLC., Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, Cummins Filtration Inc., The Donaldson Company. (lmb) (Entered: 05/16/2008) |
| 06/02/2008 | Ï 5 | SUMMONS Returned Executed by WWD Parts, Inc.. Champion Laboratories Inc served on 5/29/2008, answer due 6/18/2008. (Rosemergy, James) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 6 | SUMMONS Returned Executed by WWD Parts, Inc.. The Donaldson Company served on 5/28/2008, answer due 6/17/2008. (Rosemergy, James) (Entered: 06/02/2008) |
| 06/09/2008 | Ï 7 | SUMMONS Returned Executed by WWD Parts, Inc.. Arvinmeritor Inc served on 6/6/2008, answer due 6/26/2008. (Rosemergy, James) (Entered: 06/09/2008) |
| 06/12/2008 | Ï 8 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by B. John Casey on behalf of Champion Laboratories Inc (Casey, B.) (Entered: 06/12/2008) |
| 06/12/2008 | Ï 9 | Corporate Disclosure Statement by Champion Laboratories Inc. (Casey, B.) (Entered: 06/12/2008) |
| 06/12/2008 | Ï 10 | MOTION for Extension of Time to File Answer re 2 Complaint – *Agreed Motion for Extension of Time to Respond to the Complaint* by Champion Laboratories Inc. (Casey, B.) (Entered: 06/12/2008) |
| 06/13/2008 | Ï 11 | NOTICE of Appearance by Robert H. Shultz, Jr on behalf of The Donaldson Company (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 12 | MOTION for Extension of Time to File Answer by The Donaldson Company. (Shultz, Robert) (Entered: 06/13/2008) |
| 06/13/2008 | Ï 13 | Corporate Disclosure Statement by The Donaldson Company. (Shultz, Robert) (Entered: 06/13/2008) |
| 06/18/2008 | Ï 14 | ORDER granting 10 Motion for Extension of Time to Answer. Defendant Champion Laboratories shall answer on or before 7/18/2008. Signed by Magistrate Judge Donald G. Wilkerson on 6/18/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/18/2008) |
| 06/18/2008 | Ï 15 | ORDER granting 12 Motion for Extension of Time to Answer. Defendant Donaldson Company shall answer on or before 7/18/2008. Signed by Magistrate Judge Donald G. Wilkerson on 6/18/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/18/2008) |
| 06/20/2008 | Ï 16 | NOTICE of Appearance by Kristin L. Lingren on behalf of Mann + Hummel U.S.A., Inc. (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 17 | Corporate Disclosure Statement by Mann + Hummel U.S.A., Inc.. (Lingren, Kristin) (Entered: 06/20/2008) |
| 06/20/2008 | Ï 18 | ENTRY STRICKEN: NOTICE by Mann + Hummel U.S.A., Inc. *of Extension of Time to Answer or Otherwise Plead* (Lingren, Kristin) Modified on 6/26/2008 (lmb). (Entered: 06/20/2008) |
| 06/24/2008 | Ï 19 | SUMMONS Returned Executed by WWD Parts, Inc.. Wix Filtration Products served on 6/9/2008, answer due 6/30/2008. (Rosemergy, James) (Entered: 06/24/2008) |
| 06/24/2008 | Ï 20 | SUMMONS Returned Executed by WWD Parts, Inc.. Mann + Hummel U.S.A., Inc. served on 6/2/2008, answer due 6/23/2008. (Rosemergy, James) (Entered: 06/24/2008) |
| 06/26/2008 | Ï 21 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 18 Notice (Other) filed by Mann + Hummel U.S.A., Inc. See attached document for specifics (lmb) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 22 | Consent MOTION for Extension of Time to File Answer re 2 Complaint by Arvinmeritor Inc. (Scott, Russell) (Entered: 06/26/2008) |
| 06/26/2008 | Ï 23 | MOTION for Extension of Time to File Answer *or Otherwise Plead* by Mann + Hummel U.S.A., Inc.. (Lingren, Kristin) (Entered: 06/26/2008) |
| 06/30/2008 | Ï 24 | CJRA TRACK D assigned: Final Pretrial Conference set for 3/5/2010 at 09:30 AM in Benton Court House before Judge J. Phil Gilbert. Jury Trial set for 3/22/2010 at 09:00 AM in Benton Court House before Judge J. Phil Gilbert. (by:kjr) (Entered: 06/30/2008) |
| 06/30/2008 | Ï 25 | |

| | | |
|---|---|---|
| | | ORDER granting 22 Motion for Extension of Time to Answer. Defendant Arvinmeritor shall answer on or before 7/28/2008. Signed by Magistrate Judge Donald G. Wilkerson on 6/30/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/30/2008) |
| 06/30/2008 | 26 | ORDER granting 23 Motion for Extension of Time to Answer. Defendant Mann + Hummel shall answer on or before 7/23/2008. Signed by Magistrate Judge Donald G. Wilkerson on 6/30/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/30/2008) |
| 07/01/2008 | 27 | NOTICE of Appearance by Patrick Collins on behalf of Honeywell International, Inc. (Collins, Patrick) (Entered: 07/01/2008) |
| 07/01/2008 | 28 | Corporate Disclosure Statement by Honeywell International, Inc.. (Collins, Patrick) (Entered: 07/01/2008) |
| 07/02/2008 | 29 | Joint MOTION for Extension of Time to File Answer re 2 Complaint – *Joint Motion for Entry of Stipulation and Proposed Consent Order for Extension of Time for Defendants to Respond to Complaint* by Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, WWD Parts, Inc., Champion Laboratories Inc, Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 07/02/2008) |
| 07/07/2008 | 30 | NOTICE TO COUNSEL: Telephonic Scheduling/Discovery Conference set for 8/12/2008 at 2:30 PM in East St. Louis Court House before Magistrate Judge Donald G. Wilkerson. (jmp) (Entered: 07/07/2008) |
| 07/15/2008 | 31 | ORDER granting 29 Motion for Extension of Time to Answer. Parties shall answer on or before 11/12/2008. Signed by Magistrate Judge Donald G. Wilkerson on 7/15/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/15/2008) |
| 07/15/2008 | 32 | SUMMONS Returned Executed by WWD Parts, Inc.. Purolator Filters N.A. L.L.C. served on 6/30/2008, answer due 7/21/2008. (Rosemergy, James) (Entered: 07/15/2008) |
| 07/18/2008 | 33 | NOTICE of Appearance by Todd J. Cochran on behalf of Robert Bosch LLC., Purolator Filters N.A. L.L.C. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/18/2008 | 34 | Corporate Disclosure Statement by Robert Bosch LLC., Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/18/2008 | 35 | Consent MOTION for Extension of Time to File Answer re 2 Complaint by Robert Bosch LLC., Purolator Filters N.A. L.L.C.. (Cochran, Todd) (Entered: 07/18/2008) |
| 07/22/2008 | 36 | ORDER granting 35 Motion for Extension of Time to Answer. Defendants Purolator Filters N.A. and Robert Bosch LLC shall answer on or before 11/12/2008. Signed by Magistrate Judge Donald G. Wilkerson on 7/22/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/22/2008) |
| 07/23/2008 | 37 | Joint MOTION to Continue – *Plaintiff's and Defendants' Joint Motion to Postpone Scheduling and Discovery Conference* by Robert Bosch LLC., Mann + Hummel U.S.A., Inc., Arvinmeritor Inc, WWD Parts, Inc., Champion Laboratories Inc, Purolator Filters N.A. L.L.C., Honeywell International, Inc., Wix Filtration Products, The Donaldson Company. (Casey, B.) (Entered: 07/23/2008) |
| 07/24/2008 | 38 | NOTICE of Appearance by Todd M. Church on behalf of Honeywell International, Inc. (Church, Todd) (Entered: 07/24/2008) |
| 07/28/2008 | 39 | |

| | | |
|---|---|---|
| | | ORDER granting 37 Motion to Continue Scheduling and Discovery Conference. Signed by Magistrate Judge Donald G. Wilkerson on 7/28/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/28/2008) |
| 07/28/2008 | 40 | ORDER: Telephonic Scheduling/Discovery Conference set for 8/12/2008 is hereby CANCELED and RESET for 10/22/2008 at 2:00 PM in East St. Louis Court House before Magistrate Judge Donald G. Wilkerson. Signed by Magistrate Judge Donald G. Wilkerson on 7/28/2008. (hbs) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/28/2008) |
| 07/28/2008 | 41 | NOTICE of Appearance by Laura C. Hayden on behalf of Arvinmeritor Inc (Hayden, Laura) (Entered: 07/28/2008) |
| 08/25/2008 | 42 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of IL, MDL 1957, in re Aftermarket Filters Antitrust Litigation. (Attachments: # 1 Letter from NDIL)(myz) (Entered: 08/25/2008) |
| 08/25/2008 | 43 | Case electronically transferred to the Northern District of IL. (myz) (Entered: 08/25/2008) |